# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ONEILL, NANCY M | § | Case No. 08-35797 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on              . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-35797 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ONEILL, NANCY M | | | Date Filed (f) or Converted (c): | 12/31/08 (f) |
| | | | | 341(a) Meeting Date: | 02/09/09 |
| For Period Ending: | 11/25/09 | | | Claims Bar Date: | 09/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 16107 EAGLE RIDGE DR. APT. 1 SOUTH, TINL | 175,000.00 | 37,443.00 | DA | 0.00 | FA |
| 2. CHASE BANK - CHECKING/SAVINGS | 1,344.41 | 1,344.41 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 3. CREDIT UNION - SAVINGS | 1,980.00 | 1,980.00 | | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 4. MISCELLANEOUS PERSONAL PROPERTY | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 5. PAPERBACK BOOKS, RECORDS, COMPACT DISCS AND A LLAD | 1,800.00 | 1,800.00 | DA | 0.00 | FA |
| 6. EVERYDAY CLOTHING | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 7. MISCELLANEOUS JEWELRY | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 8. MARQUETTE BANK - IRA CD | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 9. 401K - FIDELITY INVESTMENT | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10. CHASE BANK IRA | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 11. PRUDENTIAL STOCK | 100.00 | 100.00 | DA | 0.00 | FA |
| 12. 2008 SATURN VUE - 6,000 MILES | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
|    Debtor Claimed Exemption | | | | | |
| 13. BENEFICIAL INTEREST IN TRUST (u) | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.10 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $246,724.41     $109,167.41     $25,002.10     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-35797  CAD  Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | ONEILL, NANCY M | Date Filed (f) or Converted (c): 12/31/08 (f) |
| | | 341(a) Meeting Date: 02/09/09 |
| | | Claims Bar Date: 09/22/09 |

-investigating self-settled trust

Initial Projected Date of Final Report (TFR): 03/31/10     Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-35797 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ONEILL, NANCY M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208450  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5059 | | |
| For Period Ending: | 11/25/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/09 | 13 | NANCY O'NEILL | SETTLEMENT - TRUST | 1121-000 | 25,000.00 | | 25,000.00 |
| 07/31/09 | 14 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 25,000.20 |
| 08/31/09 | 14 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,000.84 |
| 09/30/09 | 14 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 25,001.46 |
| 10/30/09 | 14 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.64 | | 25,002.10 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 25,002.10 | 0.00 | 25,002.10 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,002.10 | 0.00 | |
| Less:  Payments to Debtors |  | 0.00 | |
| Net | 25,002.10 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208450 | 25,002.10 | 0.00 | 25,002.10 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 25,002.10 | 0.00 | 25,002.10 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   25,002.10   0.00

Ver: 15.02

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-35797 | | Page 1 | | Date: November 25, 2009 |
| Debtor Name: | ONEILL, NANCY M | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $11,298.00 | $11,298.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $48.91 | $48.91 |
| 000001<br>070<br>7100-00 | GMAC<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | Unsecured | Filed 03/21/09<br>o/c disallowed as secured, allowed as GUC in amount of $5,297.62 | $0.00 | $20,668.04 | $5,297.62 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 06/25/09 | $7,770.00 | $8,151.13 | $8,151.13 |
| 000003<br>070<br>7100-00 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | Filed 07/03/09 | $2,784.00 | $2,973.49 | $2,973.49 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 07/23/09 | $0.00 | $1,425.83 | $1,425.83 |
| 000005<br>070<br>7100-00 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba JEWELRY ACCENT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | Filed 09/17/09 | $2,432.00 | $2,432.10 | $2,432.10 |
| 000006<br>080<br>7200-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 09/27/09 | $1,071.00 | $1,077.21 | $1,077.21 |
| 000007<br>080<br>7200-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 09/27/09 | $3,576.00 | $3,523.07 | $3,523.07 |
| 000008<br>080<br>7200-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 09/27/09 | $9,765.00 | $9,765.77 | $9,765.77 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-35797 | | Page 2 | | Date: November 25, 2009 |
| Debtor Name: | ONEILL, NANCY M | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $27,398.00 | $61,363.55 | $45,993.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-35797
Case Name: ONEILL, NANCY M
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *GMAC* | $_____ | $_____ |
| *000002* | *DISCOVER BANK* | $_____ | $_____ |
| *000003* | *Dell Financial Services L.L.C.* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ |
| 000005 | Recovery Management Systems Corporation | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Chase Bank USA, N.A. | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .