# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ONEILL, NANCY M | § | Case No. 08-35797 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

>CLERK OF THE U.S. BANKR. CT
>219 S. DEARBORN STREET
>7TH FLOOR
>CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/19/2010 in Courtroom 742,

>United States Courthouse
>219 South Dearborn
>Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/09/2009     By: /s/ Andrew J. Maxwell
                                 Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ONEILL, NANCY M § Case No. 08-35797
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 25,002.72 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 25,002.72 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 3,250.27 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 11,298.00 | $ 48.91 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

                    *Reason/Applicant*          *Fees*          *Expenses*

*Other:* _____  $_____  $_____

*Other:* _____  $_____  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

                    *Reason/Applicant*          *Fees*          *Expenses*

*Attorney for debtor:* _____  $_____  $_____

*Attorney for:* _____  $_____  $_____

*Accountant for:* _____  $_____  $_____

*Appraiser for:* _____  $_____  $_____

*Other:* _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,280.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *GMAC* | $ 5,297.62 | $ 2,718.15 |
| *000002* | *DISCOVER BANK* | $ 8,151.13 | $ 4,182.26 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | Dell Financial Services L.L.C. | $ 2,973.49 | $ 1,525.67 |
| 000004 | PYOD LLC its successors and assigns as assignee of Recovery Management Systems Corporation | $ 1,425.83 | $ 731.58 |
| 000005 | Systems Corporation | $ 2,432.10 | $ 1,247.88 |

Tardily filed claims of general (unsecured) creditors totaling $ 14,366.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Chase Bank USA, N.A. | $ 1,077.21 | $ 0.00 |
| 000007 | Chase Bank USA, N.A. | $ 3,523.07 | $ 0.00 |
| 000008 | Chase Bank USA, N.A. | $ 9,765.77 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 1          Date Rcvd: Dec 14, 2009
Case: 08-35797                Form ID: pdf006             Total Noticed: 21


The following entities were noticed by first class mail on Dec 16, 2009.
db           +Nancy M O'Neill,    16107 Eagle Ridge Dr.,    Apt. 1 South,    Tinley Park, IL 60477-1269
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Thomas W Toolis,    Jahnke & Toolis, LLC,    9031 West 151st Street,    Suite 203,
               Orland Park, IL 60462-6563
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
13011752     +Bailey Banks & Biddle,    Po Box 6497,    Sioux Falls, SD 57117-6497
13011753     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13011754     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
13011755     +Chase - Cc,    Attention:  Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14501102      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13011757     +Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,    Austin, TX 78753-1724
14127813      Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
13011759     +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
13011760     +G M A C,    Po Box 130424,    Roseville, MN 55113-0004
13676537     +GMAC,    PO BOX 130424,    ROSEVILLE, MN 55113-0004
14197392     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13011762     +Wells Fargo Hm Mortgag,    Attn:  Bankruptcy Dept  MAC-X,    3476 Stateview Blvd,
               Fort Mill, SC 29715-7200

The following entities were noticed by electronic transmission on Dec 14, 2009.
14087338      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:02     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
13011758     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:02     Discover Financial,
               Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13011761     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2009 00:52:26     Gemb/jewelry Accents,
               Po Box 981439,    El Paso, TX 79998-1439
14460145     +E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:27
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JEWELRY ACCENT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13011756*    +Chase - Cc,    Attention:  Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 16, 2009**                     **Signature:**    _Joseph Speetjens_