UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ONEILL, NANCY M § Case No. 08-35797
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| G M A C 2740 Arthur St Roseville, MN 55113 |  |  |  |  |  |
| Wells Fargo Hm Mortgag Attn: Bankruptcy Dept MAC-X 3476 Stateview Blvd Fort Mill, SC 29715 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bailey Banks & Biddle Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| DELL FINANCIAL SERVICES L.L.C. | | | | | |
| DISCOVER BANK | | | | | |
| GMAC | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| CHASE BANK USA, N.A. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-35797 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ONEILL, NANCY M | | | Date Filed (f) or Converted (c): | 12/31/08 (f) |
| | | | | 341(a) Meeting Date: | 02/09/09 |
| For Period Ending: | 03/15/10 | | | Claims Bar Date: | 09/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 16107 EAGLE RIDGE DR. APT. 1 SOUTH, TINL | 175,000.00 | 37,443.00 | DA | 0.00 | FA |
| 2. CHASE BANK - CHECKING/SAVINGS | 1,344.41 | 1,344.41 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CREDIT UNION - SAVINGS | 1,980.00 | 1,980.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISCELLANEOUS PERSONAL PROPERTY | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. PAPERBACK BOOKS, RECORDS, COMPACT DISCS AND A LLAD | 1,800.00 | 1,800.00 | DA | 0.00 | FA |
| 6. EVERYDAY CLOTHING | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. MISCELLANEOUS JEWELRY | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 8. MARQUETTE BANK - IRA CD | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 9. 401K - FIDELITY INVESTMENT | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 10. CHASE BANK IRA | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 11. PRUDENTIAL STOCK | 100.00 | 100.00 | DA | 0.00 | FA |
| 12. 2008 SATURN VUE - 6,000 MILES | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. BENEFICIAL INTEREST IN TRUST (u) | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.75 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $246,724.41        $109,167.41        $25,003.75        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

Ver: 15.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 08-35797  CAD  Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: ONEILL, NANCY M | Date Filed (f) or Converted (c): 12/31/08 (f) |
| | 341(a) Meeting Date: 02/09/09 |
| | Claims Bar Date: 09/22/09 |

- Final Report filed with USTR 11/30/09 w/ clerk 12/9/09
-Final hearing scheduled 1/19/10; distribution made 1/10
-investigating self-settled trust
-attorneys employed

Initial Projected Date of Final Report (TFR): 03/31/10       Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-35797 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ONEILL, NANCY M | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208450 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5059 | | | |
| For Period Ending: | 03/15/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/09 | 13 | NANCY O'NEILL | SETTLEMENT - TRUST | 1121-000 | 25,000.00 | | 25,000.00 |
| 07/31/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 25,000.20 |
| 08/31/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,000.84 |
| 09/30/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,001.46 |
| 10/30/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,002.10 |
| 11/30/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.62 | | 25,002.72 |
| 12/31/09 | 14 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,003.36 |
| 01/20/10 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.39 | | 25,003.75 |
| 01/20/10 | | Transfer to Acct #4429208573 | Final Posting Transfer | 9999-000 | | 25,003.75 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 25,003.75 | 25,003.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 25,003.75 | |
| Subtotal | 25,003.75 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,003.75 | 0.00 | |

Page Subtotals 25,003.75 25,003.75

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-35797 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ONEILL, NANCY M | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208573 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5059 | | |
| For Period Ending: | 03/15/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/10 | | Transfer from Acct #4429208450 | Transfer In From MMA Account | 9999-000 | 25,003.75 | | 25,003.75 |
| 01/21/10 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 3,250.21 | 21,753.54 |
| 01/21/10 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,298.00 | 10,455.54 |
| 01/21/10 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 48.91 | 10,406.63 |
| 01/21/10 | 001004 | GMAC<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | Claim 000001, Payment 51.31% | 7100-000 | | 2,718.44 | 7,688.19 |
| 01/21/10 | 001005 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000002, Payment 51.31% | 7100-000 | | 4,182.70 | 3,505.49 |
| 01/21/10 | 001006 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000003, Payment 51.31% | 7100-000 | | 1,525.82 | 1,979.67 |
| 01/21/10 | 001007 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 51.31% | 7100-000 | | 731.65 | 1,248.02 |
| | | | Page Subtotals | | 25,003.75 | 23,755.73 | |

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-35797 -CAD |
| Case Name: | ONEILL, NANCY M |
| Taxpayer ID No: | *******5059 |
| For Period Ending: | 03/15/10 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208573  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/21/10 | 001008 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JEWELRY ACCENT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 51.31% | 7100-000 | | 1,248.02 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 25,003.75 | 25,003.75 | 0.00 |
| Less:  Bank Transfers/CD's | 25,003.75 | 0.00 | |
| Subtotal | 0.00 | 25,003.75 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 25,003.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208450 | 25,003.75 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208573 | 0.00 | 25,003.75 | 0.00 |
| | 25,003.75 | 25,003.75 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,248.02

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*